# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: USPS Priority Mail parcel bearing USPS tracking number 9505 5126 7778 2103 2155 87, addressed to "ERICA PAGAN, 22 WARSAW ST, ROCHESTER, NY 14621" with a return address of "JUAN PEREZ, 3032 E. 43RD ST, YUMA, AZ 85365."

**SEARCH WARRANT**

Case Number: 22-5167MB

TO: MICHAEL KAMINSKI and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Michael Kaminski, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: USPS Priority Mail parcel bearing USPS tracking number 9505 5126 7778 2103 2155 87, addressed to "ERICA PAGAN, 22 WARSAW ST, ROCHESTER, NY 14621" with a return address of "JUAN PEREZ, 3032 E. 43RD ST, YUMA, AZ 85365,"

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h) and/or TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 4/28/22 _____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

April 14, 2022 at 5:09 p.m. at Phoenix, Arizona
Date and Time Issued                              City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** USPS Priority Mail parcel bearing USPS tracking number 9505 5126 7778 2103 2155 87, addressed to "ERICA PAGAN, 22 WARSAW ST, ROCHESTER, NY 14621" with a return address of "JUAN PEREZ, 3032 E. 43RD ST, YUMA, AZ 85365."

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 22-5167MB

I, MICHAEL KAMINSKI, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL:** USPS Priority Mail parcel bearing USPS tracking number 9505 5126 7778 2103 2155 87, addressed to "ERICA PAGAN, 22 WARSAW ST, ROCHESTER, NY 14621" with a return address of "JUAN PEREZ, 3032 E. 43RD ST, YUMA, AZ 85365,"

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 18, United States Code, Section 1956(h) and/or Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MICHAEL KAMINSKI, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Ryan Goldstein

**RYAN GOLDSTEIN**
Digitally signed by RYAN GOLDSTEIN
Date: 2022.04.14 14:07:31 -07'00'

Signature of Affiant – MICHAEL KAMINSKI

Sworn to me telephonically, and subscribed electronically

Date: April 14, 2022 at 5:09 pm

Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Michael Kaminski, being duly sworn, hereby depose and state as follows:

1. Your Affiant is a United States Postal Inspector and has been so employed since April of 2005. Your Affiant has completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S.) Mail. Your Affiant is currently assigned to the Phoenix Division Contraband Investigation and Interdiction Team (CI2) in Arizona, which is responsible for investigating narcotic violations involving the U.S. Mail. Part of your Affiant's training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. Your Affiant has assisted on numerous narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

3. The facts and information contained in this affidavit are based on your Affiant's personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation as described below. However, because the purpose of this affidavit is merely to establish probable cause, it does not reflect all the knowledge concerning the matter.

4. This Affidavit is made in support of an application for a search warrant of one (1) United States Postal Service (USPS) Priority Mail Parcel (hereafter referred to as the "**SUBJECT PARCEL**"). As described in greater detail below, your Affiant believes that the

**SUBJECT PARCEL** contains controlled substances or proceeds from the sale of controlled substances.

5. The **SUBJECT PARCEL** is described as an USPS Priority Mail parcel bearing USPS tracking number 9505 5126 7778 2103 2155 87, addressed to "ERICA PAGAN, 22 WARSAW ST, ROCHESTER, NY 14621" with a return address of "JUAN PEREZ, 3032 E. 43RD ST, YUMA, AZ 85365". It is a brown cardboard box with "The UPS STORE" imprinted on two sides measuring approximately 10" x 10 1/2" x 10"; weighing approximately 3 lbs. 8.8 ounces; postmarked April 13, 2022; and bearing $24.05 in postage.

## BACKGROUND

6. From your Affiant's training and experience, as well as the training and experience of other Postal Inspectors on the CI2 Team, your Affiant is aware the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the U.S. Your Affiant also knows that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

7. Based on your Affiant's training and experience regarding Express Mail operations, your Affiant is aware the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on your Affiant's training and experience, your Affiant is aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition,

2

corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

8. Based on your Affiant's training and experience, your Affiant is aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

9. Based on your Affiant's training and experience regarding Priority Mail operations, your Affiant is aware the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. Your Affiant also knows, similar to Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

10. From your Affiant's training, personal experience, and the collective experiences related to your Affiant by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, your Affiant is aware the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and

proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

11. Based on your Affiant's training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, your Affiant is aware these parcels usually contain some or all of the following characteristics:

   a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

   b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

   c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

   d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

12. Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

### RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

13. On April 13, 2022, your Affiant, Postal Inspectors, several agents with the Drug Enforcement Administration (DEA), and Yuma County Narcotic Task Force were conducting a

contact operation at the Yuma Main Post Office located at 2222 S. 4th Ave., Yuma, AZ 85364. The contact operation consisted of three plain clothes law enforcement agents standing in the lobby of the post office and contacting customers who are standing in line waiting to mail parcels. The customers that were contacted were advised this was a random security check to ensure the parcels do not contain items that are non-mailable to include explosives, liquids, and narcotics. Agents had handheld radios, but no other law enforcement apparel were displayed.

14. At approximately 2:45PM on April 13, 2022, while agents were in the lobby with their hand-held radios out while speaking with customers in line, an unknown male, with his face and head completely covered in a dark colored face covering and wearing a dark colored baseball hat, entered the lobby of the post office holding what appeared to be the **SUBJECT PARCEL**. The unknown male walked past the agents speaking to the customers in the lobby and then quickly exited the post office through another lobby door. The unknown male was observed entering a tan Ford F-150 pickup bearing Arizona License plate number CKC3169 with the **SUBJECT PARCEL** and departing the parking lot.

15. On April 13, 2022, while conducting postal database checks of parcels mailed from Arizona destined to New York, the United States Postal Inspection Service (USPIS) identified a suspicious parcel (the **SUBJECT PARCEL**) that was mailed from the San Luis Post Office located at 874 South Main Street, San Luis, Arizona, 85349, and mailed to an address in Rochester, New York.

16. Video surveillance was obtained from inside the San Luis Post Office of the mailing of the **SUBJECT PARCEL**, and the individual mailing the parcel appeared to be wearing the same dark color head and face covering and dark colored baseball hat the unknown male was wearing who walked out of the Yuma Main Post Office earlier in the day. Thus,

agents believe this is the same individual.

17. Video surveillance was obtained from the San Luis Post Office parking lot and captured the same tan Ford F-150 bearing license plate CKC3169 departing the parking lot soon after the **SUBJECT PARCEL** was mailed.

18. Due to the **SUBJECT PARCEL** missing the dispatched time for April 13, 2022, the parcel was held over night at the San Luis Post Office

19. On April 14, 2022, your Affiant retrieved the **SUBJECT PARCEL** at the San Luis Post Office.

20. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 11 above. First, the **SUBJECT PARCEL** was addressed from one individual to another individual, weighed three pounds 8.8 ounces (which is heavier than the typical Priority Mail Parcel), bore handwritten address information, and the postage was paid in cash. The **SUBJECT PARCEL** was mailed from an address in Arizona to an address in New York. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source location for controlled substances that are mailed to New York, and that proceeds from the sale of controlled substances are frequently returned to Arizona from New York via USPS.

21. Your Affiant conducted a database query regarding the name and address for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit

reports, law enforcement reports, utility records, and other public records.

22. Through the CLEAR database query, your Affiant learned the delivery address "22 Warsaw St, Rochester, NY 14621" is an existing, deliverable address, but the purported recipient "ERICA PAGAN" is not associated with the address.

23. The same database query also revealed that the return address for the **SUBJECT PARCEL**, "3032 E. 43rd ST, YUMA, AZ 85356" is an existing, deliverable address but the name "Juan Perez," the purported sender of the **SUBJECT PARCEL**, is not associated with address.

24. From your Affiant's training, personal experience, and the collective experiences related to your Affiant by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated with an address or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

25. On April 14, 2022, your Affiant met with Mesa Police Department ("MPD") Detective/Canine Handler Dawn Haynes and her drug-detecting canine, "Nicole." "Nicole" inspected the **SUBJECT PARCEL** and Detective Haynes advised that "Nicole" did not give a positive alert.

26. Based on my training and personal experience, your Affiant is aware of several circumstances that might deter a narcotic detecting canine from detecting the odor of controlled substances on or within a mailed article. Your Affiant is aware of situations in which various strong scented materials, such as coffee, mustard, fabric softener, etc., have been used successfully as masking agents. Your Affiant has also experienced situations wherein the

interior container in the suspect box has been exceptionally well sealed, or the controlled substances or proceeds from the sales of controlled substances have been vacuum sealed so as to preclude a successful canine examination.

## CONCLUSION

27. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 5 above, contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), and/or Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

_____
Michael Kaminski
United States Postal Inspector

Subscribed electronically and sworn to telephonically on this __14__ day of April, 2022. @ 5:09pm

_____
HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

8